# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

Ryan O'Green
_____
*Plaintiff/Petitioner*
v.
Linn County Correctional Center
_____
*Defendant/Respondent*

Civil Action No. 1:21-cv-50

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Linn County Correctional Center.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ 0 , and my take-home pay or wages are:  $ 0  per
*(specify pay period)*  0 .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends            ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments     ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments    ☐ Yes   ☒ No
(e) Gifts, or inheritances                           ☐ Yes   ☒ No
(f) Any other sources                                ☐ Yes   ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

N/A

4. Amount of money that I have in cash or in a checking or savings account: $ ___0___.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

0

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4/30/2021

Applicant's signature: Ryan O'Green

Printed name: Ryan O'Green

# CERTIFICATION OF INMATE ACCOUNT AND ASSETS

I certify that the applicant, __Ryan O'Green__, ID #__509333__ has the sum of $__3.91__ on account to his/her credit at the __Linn Co Jail__ institution where he/she is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution:

__0__

I further certify that, during the last six months, the applicant's average inmate account balance was $__18.38__ and the past six-month average monthly deposit amount to the inmate account is $__26.00__.

Based on the above inmate account balance: (check the appropriate response)

_____ The applicant has sufficient funds in his/her account to pay the $402.00 filing fee; or

__X__ The applicant has insufficient funds in his/her account to pay the $402.00 filing fee at this time. I calculate that twenty percent (20%) of the greater of:

a. The average monthly deposits to his/her prison account is $__26.00__; or

b. The average monthly balance in his/her prison account for the six-month period immediately preceding the filing of this action is $_____, for the purpose of an initial partial filing fee.

After payment of the initial partial filing fee, this office will forward twenty percent (20%) of the applicant's previous month's income as monthly payments from his/her prison account to the Clerk of Court each time the amount in the account exceeds $10.00, until the filing fee is paid in full.

Signed this __28th__ day of __April__, 20__21__.

_____
Authorized Officer of Institution

**CLOSED**

**Resolved-Closed**  Assigned to: Not Assigned

04-28-2021 03:46 PM

## medical

Type: Grievance

Inmate
Ryan Ogreen

Description
How are you guys gonna veto my hospltal visit this is Deliberate indiffrence and cruel and unusual punishment this hasbeen going on for over 2 months im contacting my attorney and I am going to bring forth a civil complaint agnist this facility

Cell Location
LCCC-2-C-15

## ACTIVITY

> **Matt Sandvick** (Employee) Resolved This Task as **Closed**
> 04-29-2021 04:39 PM

**Matt Sandvick** (Employee) Left A Comment
04-29-2021 04:39 PM

You were evaluated by the jail doctor on today's date. The jail will follow direction of the jail doctor regarding any future treatments. You are welcome to contact whomever you wish, thats why there are phones and letters available for you to use. Grievance Resolved

**Matt Sandvick** (Employee) Viewed This Task
04-29-2021 04:38 PM

🔒 Visible to Employees Only
**Kelly Ehrisman** (Employee) Left A Comment
04-29-2021 01:15 PM

He saw the jail Dr today

**Kelly Ehrisman** (Employee) Viewed This Task
04-29-2021 01:15 PM

🔒 Visible to Employees Only
**Kelly Ehrisman** (Employee) Left A Comment
04-29-2021 07:04 AM

He is scheduled to see jail MD today

**Kelly Ehrisman** (Employee) Viewed This Task
04-29-2021 07:04 AM

**Ryan Ogreen** (Inmate) created This Task
04-28-2021 03:46 PM

**CLOSED**  Ticked closed

**Resolved-Closed**   Assigned to:Not assigned

04-10-2021 05:11 PM                                                                                                     Type: Grievance
# hospital

Inmate
Ryan Ogreen

Description
I neex to go to the hospital the jail doctor dont know whats wrongwith me this is deliberate indeffrence and this is so obviously of a wound and it needsmedical attention and anyone could see it this facility is in violation of Iowa Admin code r. 201-50.15 and the medicalstaff is up for displanary action clearly violating Iowa Admin code r. 653-23.1(2) e&f I need to go to the hospital to see what this is

Cell location
LCCC-2-C-15

## ACTIVITY

> **Chad Shover** (employee) Resolved this task as **Closed**
> 04-10-2021 07:25 PM

**Chad Shover** (employee) left a comment
04-10-2021 07:24 PM
The jail Doctor is the same Doctor that you will see at the hospital. You have been reevaluated by nursing staff also. Grievance resolved.

**Chad Shover** (employee) Viewed This Task
04-10-2021 07:21 PM

**Steve McElmeel** (employee) left a comment
04-10-2021 07:02 PM
Your issue has been addressed by the nurse and Deputy Helms. You have been provided cleaned, larger band-aids in addition to antibiotics.

**Steve McElmeel** (employee) Viewed This Task
04-10-2021 07:01 PM

**Steve McElmeel** (employee) Viewed This Task
04-10-2021 06:37 PM

**Steve McElmeel** (employee) Viewed This Task
04-10-2021 06:35 PM

**Ryan Ogreen** (inmate) created this task
04-10-2021 05:11 PM

**CLOSED**  ✓ Ticked closed  ✕

**Resolved-Closed**   Assigned to:Kent Steenblock

04-28-2021 03:54 PM                                                                                   Type: Sergeant

### copies

Inmate
Ryan Ogreen

Description
i would like copies of my grievances 04/102021 @7:48 ,04/10/2021 @5:11 ,04/10/2021 @1:14 04/28/2021 @3:49

Cell Location
LCCC-2-C-15

## ACTIVITY

> ✓ **Matt Sandvick** (Employee) Resolved This Task as **Closed**
> 04-30-2021 03:27 PM

**Matt Sandvick** (Employee) Left A Comment
04-30-2021 03:27 PM
Copies of your grievances will be provided to you. Grievance Resolved.

**Matt Sandvick** (Employee) Viewed This Task
04-30-2021 03:26 PM

**Joe Lamere** (Employee) Viewed This Task
04-30-2021 03:26 AM

**Ryan Ogreen** (Inmate) left a comment
04-29-2021 07:22 PM
can I please get my grievances

**Erich Lear** (Employee) Assigned This Task to **Kent Steenblock**
04-28-2021 06:29 PM

**Erich Lear** (Employee) Viewed This Task
04-28-2021 06:28 PM

**Ryan Ogreen** (Inmate) created This Task
04-28-2021 03:54 PM

**CLOSED**

**Resolved-Closed**   Assigned to:Not Assigned

04-29-2021 07:29 PM
### appeal grevance to grevance filed 04/10/2021

Type: Grievance

Inmate
Ryan Ogreen

Description
this is an apeal to the Sgt. trying to intemidate me in the conference room he should be repremaded for tat it is aginst te policy of L.C.C.C, and the action violaes my civil rights

Cell Location
LCCC-2-C-15

## ACTIVITY

- ✓ **Matt Sandvick** (Employee) Resolved This Task as **Closed**
  04-30-2021 03:23 PM

-  **Matt Sandvick** (Employee) Left A Comment
  04-30-2021 03:23 PM

  No reprimand is necessary at this time. Grievance Resolved.

-  **Matt Sandvick** (Employee) Viewed This Task
  04-30-2021 03:22 PM

- **Matt Sandvick** (Employee) Viewed This Task
  04-30-2021 10:23 AM

- ▶ **Ryan Ogreen** (Inmate) created This Task
  04-29-2021 07:29 PM

**CLOSED**

**Resolved-Closed**   Assigned to:Not Assigned

04-29-2021 07:36 PM
### grevance appeal to grevance filed 4/10/2021 to go to hospital

Type: Grievance

Inmate
Ryan Ogreen

Description
i think i should go to the emergency room its a violation of my civil rights no one knows wats wrong with me

Cell Location
LCCC-2-C-15

## ACTIVITY

> **Matt Sandvick** (Employee) Resolved This Task as **Closed**
> 04-30-2021 03:20 PM

 **Matt Sandvick** (Employee) Left A Comment
04-30-2021 03:20 PM

You have already been evaluated by our Medical Director, who is also an ER doctor at Mercy Hospital. A trip to the ER is not necessary per the treating physician. Resolved.

 **Matt Sandvick** (Employee) Viewed This Task
04-30-2021 03:19 PM

**John Hauskins** (Employee) Viewed This Task
04-30-2021 02:06 PM

**Ryan Ogreen** (Inmate) left a comment
04-30-2021 10:12 AM

i need medical attenton

**Ryan Ogreen** (Inmate) created This Task
04-29-2021 07:36 PM

✓ Ticked closed   ✗

**CLOSED**

**Resolved-Closed**   Assigned to:Not Assigned

04-30-2021 08:40 AM
**copies**

Type: Grievance

Inmate
Ryan Ogreen

Description
this is my 3rd request to get copies of mr grevances

Cell Location
LCCC-2-C-15

## ACTIVITY

✓ **Matt Sandvick** (Employee) Resolved This Task as **Closed**
04-30-2021 03:18 PM

**Matt Sandvick** (Employee) Left A Comment
04-30-2021 03:18 PM
You will be provided copies of your grievances. Submitting multiple grievances about the same issue is not necessary, as you hadn't even received a response from your initial request. Resolved.

**Matt Sandvick** (Employee) Viewed This Task
04-30-2021 03:17 PM

**John Hauskins** (Employee) Viewed This Task
04-30-2021 02:08 PM

**Chelsea Behel** (Employee) Viewed This Task
04-30-2021 12:36 PM

**Ryan Ogreen** (Inmate) created This Task
04-30-2021 08:40 AM

CLOSED

Resolved-Closed    Assigned to:Not Assigned

04-30-2021 11:07 AM
impeading an investigatio                                                             Type: Grievance

Inmate
Ryan Ogreen

Description
It's imeading an investiation by not giving me copies of my grevances as waell as not returning my inmate assests form this facility is in violation of y rights I avecontactedthe ombudsman and im tak8ng notes of everthing and doucumentation and these issues and interferances will be brougt up in court on the civil complaint

Cell Location
LCCC-2-C-15

## ACTIVITY

> **Matt Sandvick** (Employee) Resolved This Task as **Closed**
> 04-30-2021 03:16 PM

**Matt Sandvick** (Employee) Left A Comment
04-30-2021 03:16 PM
You will be provided copies of all your grievances.

**Matt Sandvick** (Employee) Viewed This Task
04-30-2021 03:15 PM

**Kelly Ehrisman** (Employee) Viewed This Task
04-30-2021 01:33 PM

**Chelsea Behel** (Employee) Viewed This Task
04-30-2021 12:35 PM

**Ryan Ogreen** (Inmate) left a comment
04-30-2021 11:47 AM
i would like coies of all grevances

**Ryan Ogreen** (Inmate) created This Task
04-30-2021 11:07 AM



**CLOSED**

**Resolved-Closed**   Assigned to:Not Assigned

04-29-2021 07:33 PM

# Sgt.McElmeel

Type: Grievance

Inmate
Ryan Ogreen

Description
this a grievance on Sgt.McElmeel, answering a grevance I filed on him which is a breach of protocal and should not be done and he should be repreanded

Cell Location
LCCC-2-C-15

## ACTIVITY

> ✓ **Matt Sandvick** (Employee) Resolved This Task as **Closed**
> 04-30-2021 10:23 AM

**Matt Sandvick** (Employee) Left A Comment
04-30-2021 10:22 AM

All inmate grievances are reviewed by the Jail Administration.

**Matt Sandvick** (Employee) Viewed This Task
04-30-2021 10:22 AM

**Ryan Ogreen** (Inmate) left a comment
04-30-2021 10:14 AM

McElmeel cannot respond to his own alleged violation in my grievance, i request immediate captain or major, in person ,audience

**Steve McElmeel** (Employee) Viewed This Task
04-29-2021 07:48 PM

**Ryan Ogreen** (Inmate) created This Task
04-29-2021 07:33 PM


Case 1:21-cv-00050-CJW-KEM   Document 1   Filed 05/05/21   Page 11 of 11